PATRICIA DOYLE-KOSSICK, P.L.C.
4500 South Lakeshore Drive, Suite 320
Tempe, Arizona 85282-7190
Telephone: (480) 222-0291
email: pdk@pdklawfirm.com
Patricia Doyle-Kossick, 010217
Attorneys for Canvas Credit Union

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

**In Re:**

**SAMUAL J. EHLERS and MARY A. EHLERS,**

    **Debtors.**

**Proceedings In Chapter 13**

**No. 2:20-bk-10363 MCW**

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

    Canvas Credit Union, a secured creditor in the above captioned matter (hereinafter "CCU"), by and through its attorneys, Patricia Doyle-Kossick, P.L.C., herewith submits its objection to the Chapter 13 plan on the grounds that it fails to meet the statutory requirements set out in § 1325 of the United States Bankruptcy Code.

    CCU is the owner and holder of a purchase money security agreement covering collateral described as:

    2019 Chevrolet Cruze, VIN 1G1BC5SM5K7110977.

True, correct and redacted copies of the Retail Installment Sale Contract and Purchase Money Security Agreements and Arizona electronic Lien and Title information report evidencing CCU's first, valid, prior and perfected security interest and lien upon the collateral are attached hereto as Exhibits "A" and "B" and are incorporated herein by reference. The balance due and owing to CCU as of the date of the bankruptcy filing was $29,867.57, plus accrued and accruing interest at the rate of 9.49% per annum. Monthly payments are in the amount of $540.86. The date of this contract is February 9, 2019, approximately 20 months prior to the bankruptcy filing.

**Pursuant to §1325(a)(9) CCU's claim must be paid the full balance.**

The contract with CCU is a purchase money contract with the funds being specifically used for the purchase of the 2019 Chevrolet Cruze. Under the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, revised Section 1325(a)(9) does not permit a chapter 13 plan to adjust, modify or "cram down" a purchase money secured claim on a motor vehicle acquired for the personal use of the Debtors, that was incurred within 910 days prior to the bankruptcy filing date. The loan with CCU was incurred less than 910 days prior to the bankruptcy filing, and is a purchase money loan for the purchase of a motor vehicle, presumably used primarily for personal purposes.

The Debtors' chapter 13 plan lists the secured claim of CCU, and correctly lists CCU's claim in the section of the plan for *unmodified* secured claims. However, the amount of the secured claim is not accurate. The plan provides for a claim amount of $22,545.00. CCU has filed a proof of claim for $29,867.57 and the plan must be amended to pay the full proof of claim amount.

CCU accepts the interest rate of 6.0% and the adequate protection of $200 per month.

**WHEREFORE**, Canvas Credit Union, respectfully requests that the Chapter 13 plan as proposed be denied confirmation.

**RESPECTFULLY SUBMITTED** this 21st day of October, 2020.

                                        PATRICIA DOYLE-KOSSICK, P.L.C.

                                        /s/ *Patricia Doyle-Kossick* SBN 010217
                                        PATRICIA DOYLE-KOSSICK
                                        Attorney for Canvas Credit Union

Copy of the foregoing mailed
the 21st day of October, 2020 to:

Thomas Adams McAvity
Phoenix Fresh Start Bankruptcy Attorneys
4131 Main Street
Skokie, Il 60076-2780

| | |
|---|---|
| 1 | Thomas Adams McAvity |
| 2 | Phoenix Fresh Start Bankruptcy |
| | 4602 E. Thomas Road |
| 3 | Phoenix, AZ 85018 |
| 4 | Samual J. Ehlers |
| | Mary A. Ehlers |
| 5 | 7400 W. Arrowhead Clubhouse Drive |
| | Apt 1042 |
| 6 | Glendale, AZ 85308 |
| 7 | Russell Brown |
| 8 | 3838 N. Central Avenue, Suite 800 |
| | Phoenix, AZ 85012-1965 |
| 9 | */s/ Patricia Doyle-Kossick* |