SO ORDERED.

Dated: May 7, 2021



*Madeleine C. Wanslee*
**Madeleine C. Wanslee, Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | In Proceedings Under Chapter 13 |
|---|---|
| SAMUAL J. EHLERS, | Case No. 2:20-bk-10363-MCW |
| and | **AMENDED STIPULATED ORDER CONFIRMING AMENDED CHAPTER 13 PLAN** |
| MARY A. EHLERS | |
| Debtors. | |

This Amended Stipulated Order is provided for the sole purpose of providing for the payments disbursed to Canvas Credit Union prior to the surrender of the vehicle. Paragraph C(5)(a) mistakenly excluded the $600.00 disbursed to Canvas Credit Union as adequate protection payments prior to the first amended plan's proposal to surrender the vehicle.

**IT IS ORDERED**, amending Paragraph C(5)(a) in the Stipulated Order Confirming Chapter 13 Plan to state the following:

(a) The Debtors will surrender the 2019 Chevrolet Cruze in which Canvas Credit Union has a security interest. Prior to the surrender of the vehicle, the Trustee disbursed $600.00 to Canvas Credit Union. This payment is deemed allowed.

**IT IS FURTHER ORDERED**, that all other provisions of the Amended Chapter 13 Plan shall remain in effect as per the Stipulated Order Confirming Amended Chapter 13 Plan signed on May 5, 2021.

DATED AND SIGNED ABOVE

Approved as to Form and Content:

By: _____
Rachel Flinn, Staff Attorney
Russell Brown, Trustee

By: _____/s/ Tom McAvity_____  5/7/2021
Tom McAvity, Esq.                                     Date
Counsel for the Debtors

By: _____/s/ Patricia Doyle Kossick_____  5/7/21
Patricia Doyle Kossick                               Date
Attorney for Canvas Credit Union

- 2 -